AO 450 (Rev. 01/09)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TRACY LELIAERT
    Plaintiff
    v.                                                                    **Civil Action No.**     3:22cv359

SOUTH BEND CITY OF
terminated 8/20/2024;
JOSHUA MORGAN;
RYAN WILLIAMS
terminated 8/20/2024;
SCOTT RUSZKOWSKI
terminated 8/20/2024
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Jury returned verdict in favor of defendant, Joshua Morgan and against plaintiff, Tracy Leliaert.

This action was (*check one*):

**X** tried to a jury with Judge Damon R. Leichty presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion _____.

DATE: October 30, 2024                                    *Chanda J. Berta, Clerk Of Court*

                                                        by s/ D. Johnson
                                                     *Signature of Clerk or Deputy Clerk*